**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO.:** |
| **SEVESTIN MARTIN** | **19-12019-JDW** |

## OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, after conducting the Section 341(a) Meeting of Creditors, reviewing the Petition, Schedules, and Statement of Financial Affairs, and files this Objection to Confirmation of First Amended Plan (the "Objection"), and in support thereof states as follows:

1. The Debtor commenced this proceeding by filing a Voluntary Petition on May 14, 2019 (the "Petition Date"). The Debtor filed a proposed First Amended Chapter 13 Plan (Dkt. #16) (the "Plan") on August 7, 2019.

2. The Debtor is above median income and the proposed term of the Plan is sixty (60) months. The Plan provides for $9,752.14 to be distributed to nonpriority unsecured creditors.

3. The Debtor's Plan fails to comply with 11 U.S.C. §§ 1325(a)(9) and 1308. The Debtor has failed to file his Federal and state tax returns for 2016 according to the Proofs of Claim filed by the Internal Revenue Service (Claim #18-1) and the Mississippi Department of Revenue (Claim #4-2).

4. The Debtor should timely remit all plan payments due under the Plan prior to the hearing or the case should be dismissed for failure to comply with the proposed Plan.

5. For the reasons set forth herein, the Trustee submits that Confirmation of the Plan should be denied and the case dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that upon notice and hearing that this Court enter its order sustaining the Objection. The Trustee prays for other such general and specific relief to which Trustee and this bankruptcy estate may be entitled.

Dated: August 22, 2019.

>Respectfully submitted,
>
>**LOCKE D. BARKLEY**
>**CHAPTER 13 TRUSTEE**
>
>BY:   /s/ Melanie T. Vardaman
>ATTORNEYS FOR TRUSTEE
>W. Jeffrey Collier (MSB 10645)
>Melanie T. Vardaman (MSB 100392)
>6360 I-55 North, Suite 140
>Jackson, Miss. 39211
>(601) 355-6661
>mvardaman@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: August 22, 2019.

>/s/ Melanie T. Vardaman
>MELANIE T. VARDAMAN