

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                   CHAPTER 13 CASE NO.:

SEVESTIN MARTIN                                                              19-12019-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #44)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #44) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The Confirmed Plan (Dkt. #35) shall be and is hereby amended to provide that the Debtor shall be responsible for directly paying the Proof of Claim of Marshall County Tax Collector (Clm. #19-1) (the "Claim") and all future ad valorem taxes.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392